# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**STANLEY BURKE,**
**ADC #151700**                                                                **PLAINTIFF**

**VS.**                                  **1:16-CV-00113-BRW-JTK**

**GATEWOOD,** *et al.*                                                  **DEFENDANTS**

## ORDER

I have received the Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney.[1] No objections have been filed and the time for doing so has passed.[2]

After careful review. I adopt the Recommendation in its entirety as my findings in all respects.

Accordingly, Plaintiff's Amended Complaint against Defendants (Doc. No. 2) is DISMISSED for failure to state a claim. This dismissal counts as a "strike" within the meaning of the Prison Litigation Reform Act.[3] I certify that an *in forma pauperis* appeal from this order and the accompanying judgment would not be taken in good faith.[4]

IT IS SO ORDERED this 17th day of October, 2016.

                                                                  /s/ Billy Roy Wilson
                                                                  UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 6.

[2] Objections were due Monday, October 17, 2016.

[3] 28 U.S.C. § 1915(g).

[4] *See* 28 U.S.C. § 1915(a)(3).